DALE L. ALLEN, JR., SBN 145279
dallen@aghwlaw.com
KEVIN P. ALLEN, SBN 252290
kallen@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD &
WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone:     (415) 697-2000
Facsimile:       (415) 813-2045

Attorneys for Defendants
TOWN OF YOUNTVILLE, COUNTY OF NAPA,
NAPA COUNTY SHERIFF DEPARTMENT,
NAPA COUNTY SHERIFF DEPUTY RAQUEL
HURLBUT, NAPA COUNTY SHERIFF DEPUTY
MICHAEL CREAN, NAPA COUNTY SHERIFF
STEPHEN TONG, NAPA COUNTY SHERIFF
SGT. WILLIAM DJERNES, NAPA COUNTY
SHERIFF SGT. DAVID ACKMAN

DAVID M. HELBRAUN SBN 129840
HELBRAUN LAW FIRM
555 Montgomery Street, Suite 605
San Francisco, CA 94111
Phone: (415) 982-4000
dmh@helbraunlaw.com

Attorneys for Plaintiff
PETER LAUBER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER LAUBER,<br><br>    Plaintiff,<br><br>    v.<br><br>TOWN OF YOUNTVILLE, YOUNTVILLE POLICE DEPARTMENT, COUNTY OF NAPA, NAPA COUNTY SHERIFF DEPARTMENT, NAPA COUNTY SHERIFF DEPUTY RAQUEL HURLBUT, NAPA COUNTY SHERIFF DEPUTY MICHAEL CREAN, NAPA COUNTY SHERIFF DEPUTY STEOHEN TONG, NAPA COUNTY SHERIFF SGT. WILLIAM DJERNES, NAPA COUNTY SHERIFF SGT. DAVID ACKMAN, and DOES 1-25,<br><br>    Defendants. | Case No. 3:22-cv-01163-JCS<br><br>**STIPULATION FOR DISMISSAL**<br><br>Hon. Joseph Spero |

**IT IS HEREBY STIPULATED AND AGREED by** PETER LAUBER ("Plaintiff") and TOWN OF YOUNTVILLE, COUNTY OF NAPA, NAPA COUNTY SHERIFF DEPARTMENT, NAPA COUNTY SHERIFF DEPUTY RAQUEL HURLBUT, NAPA COUNTY SHERIFF DEPUTY MICHAEL CREAN, NAPA COUNTY SHERIFF STEPHEN TONG, NAPA COUNTY SHERIFF SGT. WILLIAM DJERNES, NAPA COUNTY SHERIFF SGT. DAVID ACKMAN ("Defendants"), by and through their attorneys, that the above-captioned action is dismissed with prejudice as to all causes of action and all defendant(s), with each side to bear their own costs and attorneys' fees. This stipulation is made pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); no Court order is required to dismiss.

Respectfully submitted,

ALLEN GLAESSNER HAZELWOOD WERTH

DATED: January 18, 2023

By: /s/ Kevin P. Allen
DALE L. ALLEN, JR.
KEVIN P. ALLEN

Attorneys for Defendants
TOWN OF YOUNTVILLE, COUNTY OF NAPA, NAPA COUNTY SHERIFF DEPARTMENT, NAPA COUNTY SHERIFF DEPUTY RAQUEL HURLBUT, NAPA COUNTY SHERIFF DEPUTY MICHAEL CREAN, NAPA COUNTY SHERIFF STEPHEN TONG, NAPA COUNTY SHERIFF SGT. WILLIAM DJERNES, NAPA COUNTY SHERIFF SGT. DAVID ACKMAN

HELBRAUN LAW FIRM

DATED: January 18, 2023

By: /s/ David Helbaun
DAVID HELBRAUN
Attorneys for Plaintiff
PETER LAUBER

Dated: January 19, 2023

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA